```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

RODNEY EUGENE HEIDELBERG,       )
                                )
            Plaintiff,          )
                                )
    v.                          )     No.  12 C 9292
                                )
CHICAGO TRIBUNE, et al.,        )
                                )
            Defendants.         )

<u>MEMORANDUM ORDER</u>

This Court has received by random assignment a one-page submission by Rodney Heidelberg ("Heidelberg"), a document to which the Clerk's Office has attached a case number. It is really impossible to provide an adequate description in words of the impenetrability of that filing as a judicially cognizable Complaint. Accordingly, mindful of the ancient Chinese proverb that "one picture is worth more than ten thousand words," this Court has attached a copy of that filing to this memorandum order.

In brief, Heidelberg's filing is plainly frivolous in the sense defined by <u>Neitzke v. Williams</u>, 490 U.S. 319, 325 (1989) or <u>Denton v. Hernandez</u>, 504 U.S. 25, 32-33 (1992) or both. This action is dismissed sua sponte.

                                            _____
                                            Milton I. Shadur
                                            Senior United States District Judge

Date:  November 27, 2012

UNITED STATES DISTRICT CO  12cv9292
NORTHERN DISTRICT OF ILLINOIS  Judge Shadur
EASTERN DIVISION  Mag. Judge Brown

Plaintiff: HEIDELBERG, RODNEY EUGENE
SSN 356748340 (USC 2800: All Civil Phases after conviction).

DEFENDANT: Chicago Tribune and Paul Cat and Other
Address: 435 No. Michigan Avenue
Chicago, IL - 60611

RECEIVED
NOV 19 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

STATEMENT: Storage Evidence:

F.B.I. WIRE NUMBER 26847 SET.
F.B.I. WIRE NUMBER 26748 SET.
F.B.I. NUMBER 34829 SET.
F.B.I. WIRE NUMBER 27486 SET.
USC 2941: DUE TO LARGE R.I.C.O.; USC 2800.

LAWS: All Cases and All Courts: Storage Laws

USC 3429 Book: Title: Criminal Law: Line Item.

15 USC 2941: No Gang.
36 USC 2841: No Asset for Gang use.
17 USC 2948: No Ban by Criminal in Corp.
USC 2741 - U.S. Court 3648: No documented connection.
USC 3284 - U.S. Code 2847: No documented connection.
USC 3427: No weight cash system.
15 USC 2971: No weight cash notice.
USC 2941: R.I.C.O. CASE for USC 2800.
17 USC 2941: Must document.

Respectfully,
Heidelberg, Rodney Eugene SSN 356748340